UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAILEEN A. LOZA,<br><br>　　　　Defendant. | Case No.  6:24-po-00530-HBK-1<br><br>ORDER GRANTING MOTION FOR RECONSIDERATION<br><br>(Doc. Nos. 10) |

Before the Court is the Office of the Federal Public Defender's (FPD) motion for reconsideration seeking appointment of counsel on behalf of the Defendant.  (Doc. No. 10). Defendant, under oath, sworn or affirmed her financial inability to employ counsel or has otherwise satisfied the Court that due to a change in her financial situation she is financially unable to obtain counsel and requests counsel be appointed. (Doc. No. 11).

Accordingly, it is **ORDERED**:

In the interests of justice and pursuant to the U.S. Const., amend VI and 18 U.S.C. § 3006A, the motion (Doc. No. 10 ) is GRANTED.  Lisa Lumeya of the FPD is appointed to represent the above defendant.  This appointment shall remain into effect under further order.

Dated:   February 11, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE